UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANENE COOK,<br><br>             Plaintiff,<br>  v.<br><br>SHARON RAE LIVINGSTON, DOES 1 TO 10, INCLUSIVE,<br><br>             Defendants. | No. SACV 15-495 CJC (FFMx)<br><br>ORDER SUMMARILY REMANDING ACTION TO STATE COURT |

The Court will remand this action to state court summarily because purported defendant Kimberly Sullivan removed it improperly.

Sullivan is the alleged roommate and co-tenant of Sharon Rae Livingston, the defendant in what appears to be a routine unlawful detainer action in California state court (Orange County Superior Court Case No. 30-2015-00772774-CL-UD-HNB). On March 31, 2015, Sullivan filed a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*.

The Court has denied the *in forma pauperis* application under separate cover because the Court lacks jurisdiction over the action. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, as the Court previously determined, plaintiff's unlawful detainer action does not raise any federal legal question, and Livingston's and/or Sullivan's anticipated federal law defenses cannot confer federal question jurisdiction. *See* 28 U.S.C.

§ 1331, 1441(a); *see also Philips Petroleum Co. v. Texaco, Inc.*, 415 U.S. 125, 127-28, 94 S. Ct. 1002, 39 L. Ed. 2d 209 (1974). Furthermore, even if complete diversity of citizenship existed, the amount in controversy does not exceed the diversity jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the contrary, the Complaint recites that the amount in controversy does not exceed $10,000. Therefore, removal was improper. *See* 28 U.S.C. § 1441(a)-(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California for the County of Orange, 4601 Jamboree Road, Suite 104, Newport Beach, CA 92660, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: April 22, 2015

CORMAC J. CARNEY
United States District Judge

Presented by:

 /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
United States Magistrate Judge

2